# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:25-cr-00409-MTK |
| v. | INFORMATION |
| SARAH HARDISTY, | 18 U.S.C. § 641 |
| Defendant. | |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Theft of Government Funds)**
**(18 U.S.C. § 641)**

Between on or about July 2017, and continuing through on or about October 2024, in the District of Oregon, defendant **SARAH HARDISTY** did knowingly and willfully steal and convert to defendant's own use or the use of another, money of the United States Social Security Administration (SSA), a department and agency of the United States, to wit: by receiving and using Social Security Title II benefits payments in an approximate amount of $130,759, based on fraudulent representations and concealments;

///

///

///

In violation of Title 18, United States Code, Section 641.

Dated: October 8, 2025.                                  Respectfully submitted,

                                                         SCOTT E. BRADFORD
                                                         United States Attorney


                                                         */s/ Andrew T. Ho*
                                                         ANDREW T. HO, OSB #185047
                                                         Assistant United States Attorney